**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)**

| | | |
|---|---|---|
| In re: | : | Case No. 26-50250 |
| | : | |
| EVOLUTION HOME HEALTH, LLC | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Tiffany Strelow Cobb |

**NOTICE OF FILING CORPORATE RESOLUTION**

EVOLUTION HOME HEALTH, LLC submits the *Authorization of Chapter 7*

*Bankruptcy Filing*, an action of the majority members of the Debtor authorizing the filing

of this bankruptcy proceeding, a copy of which is attached hereto.

Respectfully submitted,

**TAX WORKOUT GROUP, P.A.**

*/s/ Sean A. Stone*
Sean A. Stone (0100678)
Andrew Kamensky (OH Practice Pending
Admission – 105467)
175 S. Third St. Suite 200
Columbus, OH 43215
Phone: (888) 282-9333
Fax:    (866) 511-2384
Email: sstone@twg.law;
akamensky@twg.law;
bk@twg.law
*Counsel for Evolution Home Health, LLC*

1

**WRITTEN CONSENT OF MEMBERS OF EVOLUTION HOME HEALTH, LLC,
EFFECTIVE DATE: JANUARY 19, 2026**

The undersigned, Dennis Swearingen and Jamie Sanders (together, the "Consenting Members"), each being a member of EVOLUTION HOME HEALTH, LLC, a Delaware limited liability company (the "Company"), and holding in the aggregate not less than sixty-six percent (66%) of the membership interests of the Company (or, to the extent applicable, the membership interests entitled to vote on the matters set forth herein), hereby adopt the following resolutions by written consent:

**AUTHORIZATION OF CHAPTER 7 BANKRUPTCY FILING**

WHEREAS, the Consenting Members have determined that it is advisable and in the best interests of the Company, its creditors, and other parties in interest for the Company to seek relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Company filed a voluntary petition for relief under Chapter 7 in the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division (the "Bankruptcy Court") (the "Chapter 7 Case");

NOW, THEREFORE, BE IT RESOLVED, that the Company is hereby authorized to commence and prosecute the Chapter 7 Case and to take all actions necessary or appropriate to effectuate the Chapter 7 Case.

RESOLVED FURTHER, that Dennis Swearingen and Jamie Sanders, as members of the Company (each, an "Authorized Member," and together, the "Authorized Members"), are hereby authorized and directed, acting singly, to execute, verify, and file on behalf of the Company the Chapter 7 petition and any schedules, statements, lists, declarations, affidavits, motions, applications, and other documents necessary or advisable in connection with the Chapter 7 Case, and to take any and all actions they deem necessary or appropriate to carry out the intent of these resolutions.

RESOLVED FURTHER, that the Company is authorized to retain Tax Workout Group, P.A. as counsel to represent the Company in connection with the Chapter 7 Case, and to employ such other professionals as may be necessary or advisable, and to pay their retainers, fees, and expenses, subject to applicable provisions of the Bankruptcy Code and approval of the Bankruptcy Court where required.

RESOLVED FURTHER, that all actions taken by the Authorized Members and/or counsel for the Company on or before the date hereof in connection with the Chapter 7 Case and the matters contemplated by these resolutions are hereby ratified, confirmed, and approved as the acts and deeds of the Company.

IN WITNESS WHEREOF, the undersigned Consenting Members have executed this WRITTEN CONSENT effective as of the Effective Date stated above.

MEMBER:                                    MEMBER:

*/s/ Dennis Swearingen*                      */s/ Jamie Sanders*
Dennis Swearingen                          Jamie Sanders
Chief HR Officer                           Chief Financial Officer
33% member                                 33% member

Dated: 01/19/2026                          Dated: 01/19/2026